KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHANG ZHU and APOLLO LEE, ) <br> ) <br>              Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> THOMAS RIDGE, DHS Secretary; ) <br> EMILIO T. GONZALEZ, USCIS Director; and ) <br> DAVID STILL, USCIS San Francisco District ) <br> Director, ) <br> ) <br>              Defendants. ) <br> ) | No. C 06-3880 SI <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because Plaintiffs' adjustment of status application (Form I-485) has been approved.

    Each of the parties shall bear their own costs and fees.

\\\

\\\

\\\

\\\

Stip. to Dismiss
C06-3880 SI                                         1

1  Dated: July 31, 2006                                   Respectfully submitted,

2                                                          KEVIN V. RYAN
                                                           United States Attorney
3

4
                                                           _____/s/_____
5                                                          ILA C. DEISS
                                                           Assistant United States Attorney
6                                                          Attorney for Defendants

7

8  Dated: August 6, 2006                                   _____/s/_____
                                                           CATHERINE Y. WONG
9                                                          Attorney for Plaintiffs

10

11
                                           **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:                                                  _____
                                                           SUSAN ILLSTON
16                                                         United States District Judge

Stip. to Dismiss
C06-3880 SI                                    2